IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: UBER TECHNOLOGIES, INC., PASSENGER SEXUAL ASSAULT LITIGATION _____/ | MDL No. 3084 |
| This Order Relates To: | **ORDER DENYING MOTIONS TO WITHDRAW AS COUNSEL** |
| *C.O. v. Uber Technologies, Inc., et al.*, Case No. 3:25-cv-02551-CRB | Re: Dkt. No. 4432, 4446, 4573, 4582, 4583, 4584, 4585, 4586, 4697, 4698, 4699 |

*I.C. v. Uber Technologies, Inc., et al.*, Case No. 3:25-cv-06382-CRB

*Jessi Watt v. Uber Technologies, Inc., et al.*, Case No. 3:25-cv-04704-CRB

*Jane Doe 690917 v. Uber Technologies, Inc., et al.*, Case No. 3:25-cv-05318-CRB

*Jane Doe KG 013 v. Uber Technologies, Inc., et al.*, Case No. 3:25-cv-05577-CRB

*Jane Doe KG 016 v. Uber Technologies, Inc., et al.*, Case No. 3:25-cv-05582-CRB

*Jane Doe KG 039 v. Uber Technologies, Inc., et al.*, Case No. 3:25-cv-06077-CRB

*Jane Doe 691174 v. Uber Technologies, Inc., et al.*, Case No. 3:25-cv-04582-CRB

*John Doe 692195 v. Uber Technologies, Inc., et al.*, Case No. 3:25-cv-03421-CRB

United States District Court
Northern District of California

*Jane Doe KGDB 016 v. Uber Technologies, Inc., et al.*, Case No. 3:25-cv-04337-CRB

*John Doe KGDB 018 v. Uber Technologies, Inc., et al.*, Case No. 3:25-cv-04355-CRB

The Motions to Withdraw as Counsel in the above-captioned cases are denied.

**IT IS SO ORDERED.**

Dated: January 9, 2026



_____
CHARLES R. BREYER
United States District Judge

2